UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES LEE                                                             CIVIL ACTION

versus                                                                        NO. 12-833

WARDEN HOWARD PRINCE                                        SECTION: "F" (3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Charles Lee** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of August, 2013.

UNITED STATES DISTRICT JUDGE